FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 17 2007

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IP CO, LLC, | )<br>) |
| Plaintiff, | ) CIVIL ACTION FILE<br>) |
| vs. | )<br>) |
| TROPOS NETWORKS, INC., | ) NO.: 1:06 CV-0585-CC<br>) |
| Defendant. | ) |

| | |
|---|---|
| TROPOS NETWORKS, INC., | )<br>) |
| Plaintiff, | ) CIVIL ACTION FILE<br>) |
| vs. | )<br>) |
| IP CO, LLC., | ) NO.: 1:06 CV-1659-CC<br>) |
| Defendant. | ) |

## [PROPOSED] CC STIPULATION AND ORDER CONSOLIDATING ACTIONS, REALIGNING IPCO AS THE PLAINTIFF AND DISMISSING WITHOUT PREJUDICE TROPOS NETWORKS, INC.'S STATE LAW CLAIMS

1

THIS CAUSE is before the Court upon the parties' stipulation, as evidenced by the signatures of counsel below, regarding certain motions currently pending before the Court. Based on the parties' agreement, it is hereby

ORDERED and ADJUDGED:

(1) Case No. 1:06-CV-1659-CC ("06-1659") and Case No. 1:06-CV-0585-CC ("06-0585") are consolidated as Case No. _06-0585_. IP CO, LLC ("IP CO") shall be deemed the plaintiff in the consolidated case with Tropos Networks, Inc. ("Tropos") deemed the defendant.

(2) Counts Four through Six of Tropos' Complaint in Case No. 06-1659 against IP CO and Counts Four through Seven of Tropos' Counterclaims in Case No. 06-0585 against IPCO shall be and are hereby dismissed WITHOUT prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) of the Federal Rules of Civil Procedure. Such dismissals herein shall count as not more than one (1) dismissal for purposes of the two dismissal rule of Federal Rule of Civil Procedure 41(a).

(3) IP CO shall respond to Tropos' counterclaim (Doc. No. 24 in Case No. 06-0585) by February 5, 2007.

(4) The following pending motions are denied as moot:

(a) IP CO's motions to consolidate the 06-1659 and 06-0585 cases (Doc. No. 73 in Case No. 06-1659 and Doc. No. 22 in Case No. 06-0585);

(b) IP CO's motions to dismiss Tropos' state law claims (Doc. Nos. 91-92 in Case No. 06-1659 and Doc. No. 34 in Case No. 06-0585);

(c) Tropos' motion to strike (Doc. No. 98 in Case No. 06-1659 and Doc. No. 44 in Case No. 06-0585); and

(d) Tropos' motions for voluntary dismissal without prejudice of its state law claims (Doc. No. 113 in Case No. 06-1659 and Doc. No. 52 in Case No. 06-0585).

Stipulated to on January 16, 2007, by:

/s/ Antony L Sanacory
John C. Herman
Georgia Bar No. 348370
Antony L. Sanacory
Georgia Bar No. 625195

**DUANE MORRIS LLP**
1180 West Peachtree Street
Suite 700
Atlanta, Georgia 30309-3448
Tel: (404) 253-6900
Fax: (404) 253-6901

Attorneys for
IPCO, LLC

/s/ Ryan J. Pumpian
Ryan T. Pumpian
Georgia Bar No. 589822
Damon J. Whitaker
Georgia Bar No. 75222

**POWELL GOLDSTEIN LLP**
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Tel: (404) 572-6600
Fax: (404) 572-6999

– AND –

James A. Gale (*pro hac vice*)
Lawrence S. Gordon (*pro hac vice*)
Gregory L. Hillyer (*pro hac vice*)
Sheila Harrison (*pro hac vice*)
**FELDMAN GALE, P.A.**
Miami Center, 19th Floor

3

201 South Biscayne Blvd.
Miami, FL 33131-4332

Attorneys for Tropos Networks, Inc.

SO ORDERED, this 17th day of January, 2007.

*Clarence Cooper*
Hon. Clarence Cooper
United States District Court Judge