IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IP CO., LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TROPOS NETWORKS, INC.,<br><br>　　　　　Defendant.<br>_____ | CIVIL ACTION NO.<br>1:06-CV-0585-CC |
| TROPOS NETWORKS, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IP CO., LLC,<br><br>　　　　　Defendant. | CIVIL ACTION NO.<br>1:06-CV-1659-CC |

**ORDER**

　　Insofar as these matters have been consolidated pursuant to the stipulation of the parties and Order of the Court [Doc. No. 63], the parties are instructed to file all pleadings in IP Co., LLC v. Tropos Networks, Inc., Civil Action Number 1:06-CV-0585-CC. The Clerk is directed to administratively close Tropos Networks, Inc. v. IP Co., LLC, Civil Action No. 1:06-CV-1659-CC.

　　　　　　SO ORDERED this 24th day of January, 2007.


　　　　　　　　　　　　　　　　*s/   CLARENCE COOPER*

　　　　　　　　　　　　　　　　CLARENCE COOPER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE